# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1398. REUBEN GEIMAH v. EMILY GEIMAH.

Reuben Geimah filed this direct appeal from the trial court's final judgment and decree of divorce between him and Emily Geimah. However, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35(a)(2), (b). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because the appellant here failed to follow the requisite discretionary application procedure, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/05/2026

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.